**STATE of Missouri, Respondent,**

v.

**Jerry Linn ARCHER, Sr., Appellant.**

**No. WD 36079.**

Missouri Court of Appeals,
Western District.

Aug. 13, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled
and Denied Oct. 1, 1985.

C.J. Larkin, Columbia, for appellant.

William Webster, Atty. Gen., Michael H. Finkelstein, Asst. Atty. Gen., Jefferson City, for respondent.

Before DIXON, P.J., and SOMERVILLE and NUGENT, JJ.

## ORDER

PER CURIAM.

Defendant appeals from a jury trial conviction of sodomy, a class B felony, § 566.-060.3, RSMo Supp.1984, and sentence to a fifteen-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).